Henry County Circuit Court                          Case No.:CL18001038-00

SLOAN, JOYCE G                          Vs          NORMAN, JULIE AYERS

## TABLE OF CONTENTS

| Document Index | Date Filed | Page |
|---|---|---|
| ANSWER - J NORMAN-JOHNEAL WHITE | 08/09/2018 | 1 - 5 |
| NOTICE - OF FILING NOT OF REMOVAL | 08/09/2018 | 6 - 19 |
| FINAL ORDER | 08/07/2018 | 20 - 20 |
| INITIAL FILING - COM | 06/29/2018 | 21 - 28 |
| AFFIDAVIT - SEC OF THE COMM | 06/29/2018 | 29 - 29 |
| RECEIPT 6/29/2018 4:17:10 PM.pdf | | 30 - 30 |
| SECRETARY OF THE COMMONWEALTH - COMPLAINT - CERTIFICATE OF SERVICE - NORMAN, JULIE AYERS | 07/02/2018 | 31 - 32 |
| GOOCHLAND COUNTY - COMPLAINT - BUSINESS - VIRGINIA FARM BUREAU TOWN & CO | 07/02/2018 | 33 - 35 |

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 2 4 2018

JULIA C. DUDLEY, CLERK
BY: HMcDonea
DEPUTY CLERK

4:18CV49

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE COUNTY OF HENRY

JOYCE G. SLOAN,                          )
                                  )
    Plaintiff,                          )
                                    )
v.                                       )   Case No. CL18001038-00
                                    )
JULIE AYERS NORMAN,                       )
                                    )
    Defendant.                          )

## ANSWER

COMES NOW the Defendant, Julie Ayers Norman, by counsel, and files this Answer to the Complaint heretofore filed in this action:

1.    Defendant admits a motor vehicle accident occurred involving Plaintiff and Defendant, but is without sufficient information and knowledge to admit or deny the facts and allegations in paragraphs 1 and 2 of Plaintiff's Complaint, and therefore denies.

2.    Paragraph 2 of Plaintiff's Complaint is a statement of law, and as such, requires no response. To the extent a response is required, Defendant states Virginia law speaks for itself with regard to the applicable duty of care, and denies any allegation of negligence, proximate cause, or damages.

3.    Defendant denies paragraphs 4, 5, and 6 of Plaintiff's Complaint.

4.    Defendant denies paragraph 7 of Plaintiff's Complaint, including all subparts a-i.

5.    Defendant denies paragraphs 8, 9, and 10 of Plaintiff's Complaint, and demands the strictest proof.

FILED BY
JENNIFER ASHWORTH, CLERK

AUG - 9 2018

COUNTY CIRCUIT COURT
E. VIRGINIA

6. Defendant is without information and knowledge of the facts and allegations in paragraph 11 of Plaintiff's Complaint, and therefore denies.

7. Defendant denies Plaintiff's wherefore plea for damages.

8. Defendant joins in Plaintiff's request for trial by jury.

9. Defendant denies any liability to the plaintiff for the amount alleged in the Complaint or for any other sum whatsoever.

10. Defendant denies each and every allegation of negligence, proximate cause, or damages not specifically admitted herein.

11. Defendant denies breaching any legal duty owed the Plaintiff.

12. Defendant specifically alleges that the Plaintiff was negligent which bars her recovery in this matter.

13. Defendant reserves the right to rely upon any and all other properly provable defenses to this action and to amend this Answer at any time it be so advised.

14. Defendant affirmatively pleads the applicable statute of limitations.

15. Defendant denies jurisdiction and venue and reserves the right to remove to federal court.

16. Defendant reserves the right to conduct discovery and plead further.

WHEREFORE, Defendant respectfully requests Plaintiff's Complaint be dismissed, and for all other good and proper relief.

JULIE AYERS NORMAN

By: _____

Of Counsel

Johneal M. White (VSB#74251)
GLENN ROBINSON & CATHEY PLC
400 Salem Avenue, Ste. 100
Roanoke, Va. 24016
(540) 767-2205 (Phone)
(540) 767-2220 (Fax)
jwhite@glennrob.com
        *Counsel for Defendant*

## CERTIFICATE OF COUNSEL

I hereby certify that a true and correct copy of the foregoing document has been sent by facsimile and first-class mail to John F. Pyle, Crandall & Katt, 366 Elm Ave., S.W., Roanoke, Virginia 24016, counsel for the plaintiff, on this the 7th day of August, 2018.

JOHNEAL M. WHITE

LAW OFFICES OF

# GLENN ROBINSON CATHEY
# MEMMER & SKAFF PLC

JANE S. GLENN (1956-2007)
MELISSA W. ROBINSON
MARK K. CATHEY
C. KAILANI MEMMER
VICTOR S. ("DINNY") SKAFF, III

JOHNEAL M. WHITE
KATHLEEN L. TAYLOR
PHONE: (540) 767-2206
EMAIL: JWHITE@GLENNROB.COM

August 7, 2018

Jennifer R. Ashworth, Clerk
Henry County Circuit Court
3160 Kings Mountain Road, Suite B
Martinsville, VA  24112

    Re:    Joyce G. Sloan v. Julie Ayers Norman
           Case Number:  CL18001038-00

Dear Ms. Ashworth:

Enclosed please find an Answer and Notice of Removal to Federal Court for filing on behalf of the defendant in the above matter.  Thank you for your consideration in this regard.

                    Very truly yours,

                    GLENN ROBINSON CATHEY MEMMER & SKAFF PLC

                    Johneal M. White

JMW:jmw
Enclosure

cc:    John F. Pyle
       Julie Ayers Norman (w/encl.)



FILED BY
JENNIFER ASHWORTH, CLERK

AUG - 9 2018

HENRY COUNTY CIRCUIT COURT
MARTINSVILLE, VIRGINIA

FULTON MOTOR LOFTS • 400 SALEM AVENUE, S.W. • SUITE 100 • ROANOKE, VIRGINIA 24016
TELEPHONE (540) 767-2200 • FACSIMILE (540) 767-2220 • WWW.GLENNROB.COM

August 7, 2018
Page 2

pc:     Joe Pontifex, Litigation Manager
        Claim No.:  35087901

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE COUNTY OF HENRY

| | | |
|---|---|---|
| JOYCE G. SLOAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CL18001038-00 |
| | ) | |
| JULIE AYERS NORMAN, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on this 7th Day of August, 2018, Julie Ayers Norman, by counsel, filed with the United States District Court for the Western District of Virginia, Danville Division, a Notice of Removal of this case to said United States District Court. A copy of said Notice is attached hereto as *"Exhibit 1."*

Pursuant to 28 U.S.C. §1446(d), no further action should be taken in the State Court unless and until the action is remanded.

*Respectfully submitted,*

JULIE AYERS NORMAN

By:_____
            Of Counsel

Johneal M. White (VSB#74251)
GLENN ROBINSON & CATHEY PLC
400 Salem Avenue, Ste. 100
Roanoke, Va. 24016
(540) 767-2205 (Phone)
(540) 767-2220 (Fax)
jwhite@glennrob.com
      *Counsel for Defendant*



FILED BY
JENNIFER ASHWORTH, CLERK

AUG - 9 2018

HENRY COUNTY CIRCUIT COURT
VIRGINIA

## CERTIFICATE OF COUNSEL

I hereby certify that a true and correct copy of the foregoing document has been sent by facsimile and first-class mail to John F. Pyle, Crandall & Katt, 366 Elm Ave., S.W., Roanoke, Virginia 24016, counsel for the plaintiff, on this the 7th day of August, 2018.

JOHNEAL M. WHITE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JOYCE G. SLOAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| JULIE AYERS NORMAN | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

The Defendant Julie Ayers Norman, by counsel, pursuant to 28 U.S.C. §1332, files this Notice of Removal.  In support of this Notice, this Defendant states as follows:

1.      At the time this action began, the Plaintiff was and remains a resident, citizen, and/or domiciliary of the Commonwealth of Virginia.

2.      At the time this action began and to the present, the Defendant was not a resident, citizen, and/or domiciliary of the Commonwealth of Virginia.

3.      At the time this action began and to the presen, Defendant was a resident, citizen, and/or domiciliary of North Carolina.

4.      The Plaintiff has filed a Complaint alleging negligence against the Defendant and demanding damages in the amount of $1 million dollars in the Circuit Court for Henry County, Virginia.  A copy of Plaintiff's Complaint is attached hereto as *"Exhibit A,"* pursuant to 28 U.S.C. §1446.



6.   Process was served on this Defendant on July 27, 2018.   Accordingly, this Notice is filed within 30 days after receipt of the Complaint by this Defendant, pursuant to 28 U.S.C. §1446.

7.   This civil action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332, and one that may be removed to this Court by the defendant pursuant to 28 U.S.C. §1441, in that the amount in controversy alleged in the Complaint exceeds the sum of $75,000.00 exclusive of interest and costs, and the action is between citizens of different states.

8.   This Defendant has given notice of the filing of the Notice of Removal to counsel for the Plaintiff and has filed a copy with the Clerk of the Circuit Court for Henry County, Virginia.

9.   This Court embraces the place where the state court action is pending.

WHEREFORE, this Defendant, hereby gives notice that under the provisions of the United States Code, as amended, this action has been removed to the United States District Court and that no further proceedings in this action can be held in the Circuit Court for Henry County, Virginia.

*Respectfully submitted,*

JULIE AYERS NORMAN

By: _____ s/Johneal M. White _____
Johneal M. White (VSB #74251)
GLENN ROBINSON & CATHEY PLC
Fulton Motor Lofts
400 Salem Avenue, S.W. - Suite 100
Roanoke, Virginia  24016
(540) 767-2200 – Phone
(540) 767-2220 – Fax
jwhite@glennrob.com

Page 9

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via email and U.S. mail this 7th day of August, 2017 to the following:

John F. Pyle
Crandall & Katt
366 Elm Ave., S.W.
Roanoke, Virginia 24016
*Counsel for Plaintiff*

s/Johneal M. White