CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 13 2019

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **JOYCE G. SLOAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 4:18CV00049 |
| **JULIE AYERS NORMAN,** | ) JUDGMENT ORDER |
| **Defendant.** | ) |

This action came before the Court for a trial by jury on June 10, 2019. Plaintiff adduced evidence and rested. Defendant adduced evidence and rested. All motions made during trial are shown in the transcript, together with the action taken. The issues have been tried and the jury rendered its verdict as follows:

"We, the jury, on the issues joined, unanimously find our verdict for the Defendant."

THEREFORE, IT IS

## ADJUDGED AND ORDERED

as follows:

(1) The jury verdict filed on June 10, 2019, shall be and hereby is approved.

(2) The jury is hereby discharged and said verdict shall be recorded, which is accordingly done.

(3) The Clerk of the Court is directed to **DISMISS** this case from the active docket.

Entered:  June 13, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge